UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
CARL CUSH,

                              Plaintiff                      **MEMORANDUM AND ORDER**
    - v -

                                                                 CV 13-4827 (MKB)(VVP)

Detective ERIC YEUNG, et al.,

                              Defendants.
-----------------------------------------------------------------------x

       The parties have filed a proposed protective order, entitled Confidentiality Stipulation and Order, which carries a signature line for the court's endorsement. The Order describes various categories of documents for which protection is appropriate. However, paragraph 1 also gives unlimited discretion to the defendants to designate other documents and information to be subject to the order without making a showing of good cause as required by Rule 26(c) of the Federal Rules of Civil Procedure. Accordingly, the court has declined to enter the order as written. Instead, the court has made appropriate modifications. Should a party wish to designate other information for coverage under the Order, an application may be made to the court which describes that information with sufficient specificity to permit the court to determine whether it qualifies for protection, and if the need for protection is not readily apparent from the description of the information, a showing of good cause must accompany the application.

                                                                     **SO ORDERED:**

                                                                     *Viktor V. Pohorelsky*

                                                                     VIKTOR V. POHORELSKY
                                                                     United States Magistrate Judge

Dated: Brooklyn, New York
          February 10, 2014